# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Geosan Gae Jun Co., Ltd. ) ASBCA No. 58449
)
Under Contract No. W91QVN-11-D-0052 )

APPEARANCES FOR THE APPELLANT: Min Byoung Kook, Esq.
Song Yong Eui, Esq.
  Chung Jin Law Offices
  Seoul, Korea

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  CPT Anthony V. Lenze, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 12 February 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58449, Appeal of Geosan Gae Jun Co., Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals